In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00173-CR


______________________________




JAMIE L. WHITE, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the County Court at Law


Harrison County, Texas


Trial Court No. 2007-0500




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Jamie L. White has filed a motion signed by himself and counsel seeking to dismiss his
appeal. Pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure, his motion is granted. See
Tex. R. App. P. 42.2.

 We dismiss the appeal.

 


 Bailey C. Moseley

 Justice


Date Submitted: October 6, 2009

Date Decided: October 7, 2009


Do Not Publish



nsel to show this Court how we had jurisdiction over the appeal. Counsel has now
verified that this was a plea agreement case. 

 Because the trial court's certification affirmatively shows Ransom has no right of appeal,
because Ransom's counsel has verified that this was a plea bargain case, and because the record
before us does not reflect that the certification is incorrect, see Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005), we must dismiss the appeal.


 We dismiss the appeal for want of jurisdiction. 



 Bailey C. Moseley

 Justice



Date Submitted: July 14, 2009

Date Decided: July 15, 2009


Do Not Publish